FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 P 1: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WADELL FULTZ                                          CIVIL ACTION

VERSUS                                                NO. 05-176

JO ANNE B. BARNHART,                                  SECTION "F" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3d day of JAN., 2006.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____